————o————

STATE OF MISSOURI to use of JULIUS BOLENIUS, Plaintiff in Error, *vs.* WILLIAM W. WATERS, *et al.*, Defendants in Error.

1. State to use of Hunter vs. Maulsby, 53 Mo., 500, affirmed.

*Error to New Madrid Circuit Court.*

*Louis Houck,* for Plaintiff in Error.

I. In this case the parties to the contract are sued by the administrator *de bonis non ;* hence, this case does not fall within the words of Sess. Acts 1865-6, p. 85.

II. The Circuit Court based its decision upon Dodson vs. Scroggs, 47 Mo., 285, but that case does not bear out the court's ruling.

*R. A. Hatcher,* for Defendants in Error.

VORIES, Judge, delivered the opinion of the court.

This case is similar in all of its material features to the case of " The State to the use of Isaac Hunter, Adm'r of Robert B. Hill, deceased, against Lemuel Maulsby, William Edmondson, Lewis Purcell and Edward H. Coleman, decided at the present term of this court, except that the petition is more specific in its allegations, and the judgment is rendered against the relator in his representative capacity, and for the reasons given in that case, the judgment is reversed and the cause remanded.

The other judges concur, except Judge Sherwood, who is absent.